# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NOS. 5:12-CV-186; 3:14-CV-504

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ERIC APPELBAUM, )<br>)<br>**Defendant.** )<br>_____ )<br>)<br>CLAUDIA APPELBAUM, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>**Defendant,** ) | **ORDER** |

**BEFORE THE COURT** is the parties' Joint Motion to Consolidate this case with *Claudia Appelbaum v. United States of America*, 3:14-cv-504-RJC-DSC. (Doc. 27). Rule 42 provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." The Court finds that consolidation is warranted for the grounds stated in the motion. Both chambers agree that 5:12-cv-186 will be the lead case. The Court also agrees that a bifurcated trial is warranted, where the issues in the lead case, 5:12-cv-186, will be tried first. The Court will retain the original November 2015 trial date; however, the Court **will not issue an order regarding the outstanding motion for summary judgment until the parties have completed mediation in accordance with the Scheduling Order**. The parties' deadline for mandatory mediation has passed in both 5:12-cv-186 and 3:14-cv-504.

**IT IS, THEREFORE, ORDERED THAT**:

(1) The Motion to Consolidate (Doc. 27) is **GRANTED**;

(2) The Clerk shall copy all filings from 3:14-cv-504 into 5:12-cv-186;

(3) 5:12-cv-186 is designated as the lead case;

(4) 3:14-cv-504 is administratively closed; and

(5) The parties shall conduct mediation and file a report of mediation in accordance with the Local Rules and the Scheduling Order in place.

Signed: August 11, 2015

Richard L. Voorhees
United States District Judge